| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>4:99CR00046 CEJ |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>08-cr-00022-EWN-01<br>**FILED** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Torrence Triplett<br>2030 Palm Drive<br>Colorado Springs, Colorado 80918 | DISTRICT<br>Eastern District of Missouri | DIVISION |
| | NAME OF SENTENCING JUDGE<br>The Honorable Carol E. Jackson<br>Chief United States District Judge | JAN 3 0 2008<br>U. S. DISTRICT COURT<br>EASTERN DISTRICT OF MO |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 5, 2007 | TO<br>December 4, 2010 |

| OFFENSE |
|---|
| Felon in Possession of a Firearm |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 11, 2007
Date

*Carol Jackson*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/08
Effective Date

United States District Judge